# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION
OF JOSHUA LEE SMITH.

---

JOSHUA LEE SMITH,

                Appellant,

vs.

VANESSA LUCIDO; AND KENT F.
PETERSEN,

                Respondents.

No. 70005

FILED

JUL 0 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER

This appeal was docketed in this court on March 18, 2016, without payment of the requisite filing fee. On May 19, 2016, this court issued an order directing appellant to pay the filing fee within ten days. Further, the order cautioned appellant that failure to comply with this order may result in the imposition of sanctions, including referral of counsel to the State Bar of Nevada for investigation pursuant to SCR 104-105. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is dismissed.

Because it appears that the conduct of appellant's counsel, Bradley J. Hofland, may constitute violations of RPC 1.3 (diligence), 3.2(a) (expediting litigation), and 8.4 (misconduct), we refer Mr. Hofland to the State Bar of Nevada for investigation pursuant to SCR 104-105. Bar counsel shall, within 90 days of the date of this order, inform this court of

16-21265

the status or results of the investigation and any disciplinary proceedings in this matter.

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.     _____, J.
Saitta                  Pickering


cc:  Hon. Linda Marquis, District Judge, Family Court Division
     Hofland & Tomsheck
     Bradley J. Hofland
     Willick Law Group
     Stan Hunterton, Bar Counsel
     Eighth District Court Clerk

---

[1]In light of this order, we take no action on appellant's notice of voluntary dismissal filed March 28, 2016.